# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | CRIMINAL NO. SAG 21-0477 |
| DARELLE RICH, | * | |
| | * | |
| Defendants | * | |
| | * | |
| | * | |
| | * | |

## ORDER AND FINDINGS REGARDING EXCLUDABLE TIME PURSUANT TO SPEEDY TRIAL ACT

Having considered the United States of America's Motion to Exclude Time Pursuant to the Speedy Trial Act ("the Government's Motion, and good cause appearing, the Court hereby finds as follows:

1. The indictment in this case was filed on December 8, 2021.

2. No trial date has been set in this matter.

3. A status report in this matter is due on or before February 22, 2024.

4. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence no more than 70 days from initial appearance or indictment, subject to various exclusions provided by the Speedy Trial Act.

5. The parties in this case are conducting plea negotiations, preparing pretrial motions and otherwise preparing for trial. Thus, exclusion of that time under the Speedy Trial Act is appropriate in order to provide the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

6. Given the facts set forth in the Government's Motion (which the Court incorporates here), it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself

within the Speedy Trial Act time limits. Thus, denial of a continuance is likely to deny all counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

7. Therefore, for good cause shown, and having found that the ends of justice served by a continuance of the trial and exclusion of Speedy Trial Act computations outweigh the best interests of the defendants, and the public, in a speedy trial, the time period from **January 19, 2024 to February 22, 2024**, is excluded from Speedy Trial Act computations pursuant to 18 U.S.C. §§ 3161(h)(7).

8. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

**IT IS SO ORDERED**.

Signed this __29th__ of January _____, 2024.

/s/
The Honorable Stephanie A. Gallagher
United States District Court
District of Maryland